No. 87–6803. CASTANEDA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 87–6804. LAWRENCE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 87–6805. ALVAREZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 87–6806. McCANN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 87–6819. MOSQUERA HERRERA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 87–6821. MOON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 87–6859. RIDDICK v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 87–600. VARIABLE ANNUITY LIFE INSURANCE CO. ET AL. v. OTTO. C. A. 7th Cir. Motions of National Association of Life Companies, National Association of Insurance Commissioners, American Council of Life Insurance, Association of California Life Insurance Companies, and National Organization of Life and Health Insurance Guaranty Associations for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 87–1458. ANDERSON ET AL. v. UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL AVIATION ADMINISTRATION. C. A. Fed. Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 87–1626. ALEXANDER RANCH, INC., ET AL. v. CENTRAL APPRAISAL DISTRICT OF ERATH COUNTY, TEXAS, ET AL. Ct. App. Tex., 11th Dist. Motion of Texas for leave to intervene granted. Certiorari denied.

No. 87–1671. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. v. JACKSON. C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.